# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-24-00594-CR

**Guillermo Carlos Rangel, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.